DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**QUINCY GRAMM,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D2024-2575

[November 6, 2025]

Appeal from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; William L. Roby, Judge; L.T. Case No. 23001422CFAXMX.

Daniel Eisinger, Public Defender, and Summer Hill, Assistant Public Defender, West Palm Beach, for appellant.

James Uthmeier, Attorney General, Tallahassee, and Jessenia J. Concepcion, Senior Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, SHEPHERD and SHAW JJ., concur.

\*　　\*　　\*

***Not final until disposition of timely-filed motion for rehearing.***